IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| TWA INC. POST CONFIRMATION ESTATE, | ) | Bankr. Case. No. 01-056 (PJW) |
| Debtor | ) | (Jointly Administered) |
| | ) | |
| TWA INC. POST CONFIRMATION ESTATE, | ) | |
| Plaintiff, | ) | Civil Action No. 04-377 GMS |
| v. | ) | Adv. No. 02-75138 |
| PROGRESS SERVICES GROUP, INC., | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, on June 15, 2004, a motion to withdraw the reference from the United States Bankruptcy Court was filed (D.I. 1);

WHEREAS, on January 14, 2005, an Order granting the motion to withdraw the reference was issued by the Court (D.I. 5);

WHEREAS, on January 20, 2005, an Affidavit of Service was filed (D.I. 6);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

    2. If the plaintiff fails to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

                                        /s/ Gregory M. Sleet
                                        UNITED STATES DISTRICT JUDGE

April 19, 2007